# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS II,<br><br>    Plaintiff,<br><br>  v.<br><br>DARRELL ADAMS, et al.,<br><br>    Defendants. | 1:13-cv-00621-DAD-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS** |

  Earnest Cassell Woods II ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 29, 2013. (ECF No. 1.)

  On June 30, 2014, the court issued an order revoking Plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g), vacating the order granting Plaintiff's application to proceed *in forma pauperis*, and requiring Plaintiff to pay the $400.00 filing fee for this case in full within thirty days. (ECF No. 17.) On July 11, 2014, Plaintiff appealed the court's order to the Ninth Circuit Court of Appeals. (ECF No. 18.) On October 6, 2017, the Ninth Circuit issued an order affirming the court's decision, and on October 30, 2017, the Ninth Circuit issued the mandate. (ECF Nos. 26, 27.)

1

Accordingly, Plaintiff is now required to pay the $400.00 filing fee for this case in full, pursuant to the court's order of June 30, 2014, within thirty days of the date of service of this order, or this case will be dismissed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, Plaintiff is required to pay the $400.00 filing fee for this case in full; and
2. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **October 31, 2017**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE